

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mizanur Rahman

**Civil Action No.** 26-cv-00630-BAS-BLM

**Petitioner,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Oral Argument Hearing held on 2/27/2026. For the reason stated on the record, the Petition is denied. This case is hereby closed.

**Date:** _____2/27/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams_____

M.Williams, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-0630-BAS-BLM

Respondent (s): Christopher J. Larose, Senior Warden, Otay Mesa Detention Center, San Diego, California; Daniel A. Brightman, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security ; Sirce Owen, Acting Director for Executive Office for Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pam Bondi, Attorney General of the United States